# WILLIAM R. GRIFFITH
## v.
## M. L. WELSH ET AL.

*Practice—Bill of Exceptions.*

This court will not interfere with the judgment of the trial court where the bill of exceptions fails to show a motion for a new trial made, or exception to the judgment entered.

[Opinion filed February 14, 1890.]

APPEAL from the County Court of Clark County; the Hon. H. GASSAWAY, Judge, presiding.

Mr. S. S. WHITEHEAD, for appellant.

Mr. NEWTON TIBES, for appellees.

*Per Curiam.* The judgment in this case must be affirmed because the bill of exceptions fails to show that a motion for a new trial, or exception to the judgment was·made. The record of the judgment as certified by the clerk does so show, but this is not the proper mode. James v. Dexter, 113 Ill. 654; Dickett v. Durrell, 11 Ill. 72; Law v. Fletcher, 84 Ill. 45.

The judgment of the County Court will therefore be affirmed.

*Judgment affirmed.*